## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GARY HILL and WANDA HILL, § § | |
| Plaintiffs, § § § | CIVIL ACTION FILE |
| VS. § § | NO.: 1 05-CV 2026-GET |
| THOMAS E. WINTER, JOEL CONSTRUCTION COMPANY, and BUILDING TRENDS, INC., § § § § § | |
| Defendants. § | |

### RESPONSE OF DEFENDANT THOMAS E. WINTER TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW Defendant Thomas E. Winter ("Winter") and files this his Response to the Plaintiffs' Motion to Enforce Settlement Agreement shows this Honorable Court the following:

The factual foundation outlined in the Plaintiffs' "Motion to Enforce Settlement and Memorandum of Law" is not contested by Defendant Winter. As stated by the Plaintiffs, settlement was reached on March 9, 2006, for a total amount of $400,000.00. Mr. Winter, in his individual capacity, agreed to pay $10,000.00 under the Agreement. Unfortunately, however, Mr. Winter has incurred unforeseen obstacles in his efforts to obtain the funding for the agreed-upon settlement amount of $10,000.00. Mr. Winter has exhausted efforts in obtaining the funding from several sources and continues to do so at this time. The

undersigned will inform the Court and all parties of any progress made in Mr. Winter's efforts.

                                                           **R. SHANE LAZENBY**
                                                           Georgia State Bar Number: 441670
                                                           Attorney for Defendant

**FORRESTER & BRIM**
P.O. Box 1688
Gainesville, GA  30503
(770) 531-0800 (Telephone)
(770) 536-7789 (Facsimile)
Email:  slazenby@forbrim.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2006, I presented the Response of Thomas E. Winter to Plaintiffs' Motion to Enforce Settlement Agreement to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

William W. Hopson
J. David Mura, Jr.
Troutman Sanders, LLP
Bank of America Plaza
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216

William R. Johnson
Alec Galloway
Moore Ingram Johnson & Steele
192 Anderson Street
Marietta, GA 30060

Edward F. Danowitz, Jr.
Danowitz & Assoc., P.C.
300 Galleria Parkway, Suite 960
Atlanta, GA 30339

Paul E. Andrew
Andrew, Merritt, Reilly & Smith, LLP
Seven Lumpkin Street
Lawrenceville, GA 30045

Richard C. Foster
Hicks, Casey & Foster, P.C.
136 N. Fairground St.
Marietta, GA 30060

Roger S. Sumrall
W. Jason Pettus
Hall, Booth, Smith & Slover, P.C.
1180 West Peachtree St., N.W.,
Suite 900
Atlanta, GA 30309

Edward E. Strain, III
Cathey & Strain
PO Box 689
Cornelia, GA 30531

**R. SHANE LAZENBY**
State Bar Number: 441670
Attorney for Defendants Thomas E.
Winter and Building Trends, Inc.

**FORRESTER & BRIM**
P.O. Box 1688
Gainesville, GA 30503
(770) 531-0800
(770) 536-7789 (Facsimile)
Email: slazenby@forbrim.com