IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY HILL and WANDA HILL, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>THOMAS E. WINTER; )<br>JOEL CONSTRUCTION COMPANY; )<br>and BUILDING TRENDS, INC., )<br>)<br>Defendants. )<br>_____ )<br>)<br>THOMAS E. WINTER and )<br>BUILDING TRENDS, INC., )<br>)<br>Third Party Plaintiffs. )<br>v. )<br>)<br>CLASSIC WOODWORKS, INC., et al., )<br>)<br>Third Party Defendants. ) | CIVIL ACTION FILE<br>NO. 1:05-CV-2026-GET |

## PLAINTIFFS' DISMISSAL WITH PREJUDICE

Gary and Wanda Hill, Plaintiffs herein, file this Dismissal with Prejudice and hereby dismiss their Complaint filed against Defendants on August 3, 2005, and any and all claims that could have been asserted in this case, with prejudice.

This 17th day of July, 2006.

**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

William W. Hopson
Georgia Bar No. 366729

Attorney for Plaintiffs

## CERTIFICATE OF FONT AND FONT SIZE

I hereby certify, pursuant to Local Rule 5.1C, that the foregoing PLAINTIFFS' DISMISSAL WITH PREJUDICE was typed using font Times New Roman and font size 14.

This 17th day of July, 2006.

**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

William W. Hopson
Georgia Bar No. 366729

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing <u>PLAINTIFFS' DISMISSAL WITH PREJUDICE</u> upon all parties via electronic filing to the Clerk of the Court using the CM/ECF system, which will automatically send a copy of such filing via e-mail to the following attorneys of record:

Weymon H. Forrester, Esq.
R. Shane Lazenby, Esq.
Forrester & Brim
P. O. Box 1688
Gainesville, Georgia 30503
**Attorneys for Thomas E. Winter and Building Trends, Inc.**

William R. Johnson, Esq.
Moore Ingram Johnson & Steele
P. O. Box 3305
Marietta, Georgia 30061-3305
**Attorneys for Joel Construction Company**

Paul Eric Andrew, Esq.
Andrew Merritt Reilly & Smith
Seven Lumpkin Street
Lawrenceville, Georgia 30045
**Attorneys for Craftmaster Enterprises, Inc.**

Roger S. Sumrall, Esq.
W. Jason Pettus, Esq.
Hall, Booth, Smith & Slover, P.C.
1180 West Peachtree Street, N.W.
Suite 900
Atlanta, Georgia 30309
**Attorneys for Cutini Electrical Contracting, Inc.**

Richard C. Foster, Esq.
Hicks Casey & Foster
136 North Fairground Street –Suite 100
Marietta, Georgia 30060
**Attorneys for Moran Framing Co., Inc.**

Edward E. Strain, III, Esq.
Cathey & Strain
P. O. Box 689
Cornelia, Georgia 30531
**Attorneys for Mossy Creek Home Builders**

| | |
|---|---|
| William D. Harrison, Esq.<br>Brian J. Duva, Esq.<br>Mozley, Finlayson & Loggins LLP<br>5605 Glenridge Drive<br>One Premier Plaza, Suite 900<br>Atlanta, GA 30342<br>**Attorneys for Premier Euro Enterprises, Inc. d/b/a Stefan's Euro Company, Inc.** | C. Davis Bauman, Esq.<br>C. Davis Bauman, P.C.<br>P. O. Box 1609<br>Clayton, Georgia 30525<br>**Attorneys for Ameri-Clean d/b/a Brush With Success** |
| Edward F. Danowitz, Jr, Esq.<br>Danowitz & Associates, P. C.<br>300 Galleria Parkway<br>Suite 960<br>Atlanta, GA 30339<br>**Attorney for Building Trends, Inc.** | William R. Youngblood. Esq.<br>William R. Youngblood, P. C.<br>2855 Lawrenceville-Suwanee Road<br>Suite 760, No. 413<br>Suwanee, GA 30024<br>**Attorneys for Wm. Elmer Brown Plumbing, Heating & Air Conditioning, Inc.** |

This 17th day of July, 2006.

_____
William W. Hopson
Georgia Bar No. 366729

**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone:  404/885-3000
Facsimile:  404/885-3900

Attorney for Plaintiffs

1663249